ELMORE S. MURTHEY, Respondent, *v.* ELIZABETH A. MURTHEY, Appellant, Impleaded with Another.

ELIZABETH A. MURTHEY, Appellant, *v.* ELMORE S. MURTHEY, Respondent.

Argued December 4, 1941; decided January 8, 1942.

*Jonas J. Shapiro, Lawrence S. Greenbaum, Benjamin Kaplan* and *Harold H. Stern* for appellant.

*William T. Gallagher* and *William D. Cunningham* for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.